**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Roy T. Lefkoe, on Behalf of Himself and All Others Similarly Situated** | * | |
| | * | **Case No. 1:06-cv-01892 WMN** |
| vs. | * | |
| | ****** | |
| **Jos. A. Bank Clothiers, Inc., et al.** | * | |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[  ]   Exhibit _____, which is an attachment to_____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ X ]   ___Plaintiff's Reply in Support of Motion for Class Certification___
             (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.


|   August 18, 2008   | s/JACK REISE |
|---|---|
| *Date* | *Signature* |
| | _Jack Reise_____ |
| | *Printed Name*         *Bar Number* |
| | _120 E. Palmetto Park Road, Suite 500_ |
| | *Address* |
| | _Boca Raton, Florida  33432_____ |
| | *City/State/Zip* |
| | _561-750-3000_   _561-750-3364_ |
| | *Phone No.*         *Fax No.* |

    *Daniel F. Goldstein*      *01036*
*Printed Name*              *Bar Number*

*120 E. Baltimore Street, Suite 1700*
*Address*

*Baltimore, Maryland 21202*
*City/State/Zip*

*410-962-1030*    *410-385-0869*
*Phone No.*              *Fax No.*