UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ROY T. LEFKOE, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>JOS. A. BANK CLOTHIERS, INC., et al.,<br><br>  Defendants. | No. 1:06-cv-01892-WMN<br>**(Consolidated)**<br><br>CLASS ACTION |

**STIPULATION TO STAY PENDING DEADLINES FOR NINETY DAYS**

WHEREAS, on June 30, 2009, Lead Plaintiff Massachusetts Laborers' Annuity Fund ("Plaintiff") and Defendants Jos. A. Bank Clothiers, Inc., Robert N. Wildrick, David E. Ullman, and R. Neal Black (collectively, "Defendants") (together, the "Parties") held a mediation conference before the Honorable Susan K. Gauvey, United States Magistrate Judge for the United States District Court for the District of Maryland;

WHEREAS, during and after the June 30, 2009 mediation conference, the Parties worked together with Judge Gauvey's assistance to refine the parties' view of the merits of their respective cases, and thereafter continued to have settlement conversations outside of the formal mediation process based upon the principles identified with Judge Gauvey's assistance;

WHEREAS, the Parties now agree that a second mediation would be productive, and have agreed to hold a mediation/settlement conference (the "Mediation") before the Honorable Daniel Weinstein,[1] who has extensive experience mediating claims of violations of the federal

---

[1] Judge Weinstein has mediated such complex cases as Enron, Homestore, Qwest, Adelphia, Dynegy, Providian, Clarent, In Re: IPO, In Re: KB Home Shareholder Derivative Litigation, In Re: Unitedhealth Group, Inc., and cases involving other major NYSE and NASDAQ corporations.

securities laws including the cases that involve specialized issues similar to those involved in this case;

WHEREAS, based on Judge Weinstein's availability and the availability of the Parties and their counsel, the earliest mutually agreeable date for Mediation is October 22, 2009;

WHEREAS, impending deadlines prior to October 22, 2009 will require the Parties and the Court to expend significant resources prior to the Mediation;

WHEREAS, the Parties are currently involved in the time-consuming and expensive process of working with experts and litigating several third-party subpoenas in other jurisdictions, and likely will be involved in motion practice related to Plaintiff's Third Request for Production;

WHEREAS, the Parties desire to focus their efforts on preparing for the Mediation and continuing to work in good faith to resolve this action at the Mediation;

WHEREAS, the stay requested herein is not made for the purpose of delay and will not prejudice either Party;

WHEREFORE, the parties seek to extend all pending deadlines by ninety (90) days as set forth below.

**IT IS HEREBY STIPULATED AND AGREED** among the undersigned Parties that:

| Item | Current deadline | Stipulated deadline |
|---|---|---|
| Plaintiff's reply in support of Motion to Exclude Dr. Meir Statman | August 14, 2009 | November 12, 2009 |
| Plaintiff's Rule 26(a)(2) expert disclosures | August 31, 2009 | November 30, 2009 |
| Defendants' Rule 26(a)(2) expert disclosures | October 2, 2009 | December 31, 2009 |
| Plaintiff's rebuttal expert disclosures, if any | October 30, 2009 | January 28, 2010 |

| Item | Current deadline | Stipulated deadline |
|---|---|---|
| Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Class Certification | November 2, 2009 | February 1, 2010 |
| Defendants' rebuttal expert disclosures, if any | December 7, 2009 | March 8, 2010 |
| Plaintiff's Sur-Surreply in Support of Its Motion for Class Certification | December 7, 2009 | March 8, 2010 |
| Completion of fact discovery | December 8, 2009 | March 8, 2010 |
| Completion of expert discovery | December 8, 2009 | March 8, 2010 |
| All dispositive and *Daubert* motions due | January 11, 2010 | April 12, 2010 |
| Responses to all dispositive and *Daubert* motions | February 18, 2010 | May 19, 2010 |
| Replies in support of all dispositive and *Daubert* motions | March 8, 2010 | June 7, 2010 |

DATED: August 10, 2009

**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
JACK REISE
STEPHEN R. ASTLEY
MICHAEL L. GREENWALD
ELIZABETH A. SHONSON


                    s/ Jack Reise
                   JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

*Lead Counsel for Plaintiff*

**BROWN, GOLDSTEIN & LEVY, LLP
DANIEL F. GOLDSTEIN**
120 East Baltimore Street, Suite 1700
Baltimore, MD  21202
Telephone:  410/962-1030
410/385-0869 (fax)

*Liaison Counsel*

TO1#276230v1               - 3 -

- 4 -

                                      **VENABLE, LLP**
                                      JAMES DUNBAR
                                      DANIEL P. MOYLAN
                                      HEATHER MITCHELL

                                      s/ Daniel P. Moylan
                                      DANIEL P. MOYLAN

                                      210 Allegheny Avenue
                                      Towson, Maryland 21204
                                      Telephone:  410/494-6200
                                      410/821-0147 (fax)

                                      *Counsel for Defendants*

IT IS, *SO ORDERED*,

_____
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties wither via transmission of Notices of Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of electronic Filing.

                                                                                                         s/Jack Reise
                                                                                                         JACK REISE