UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ROY T. LEFKOE, On Behalf of Himself and All Others Similarly Situated, </br></br>　　　　　　　　　　Plaintiff, </br></br>　vs. </br></br>JOS. A. BANK CLOTHIERS, INC., et al., </br></br>　　　　　　　　　　Defendants. | ) No. 1:06-cv-01892-WMN </br> ) **(Consolidated)** </br> ) </br> ) <u>CLASS ACTION</u> </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## **STIPULATION TO STAY PENDING DEADLINES INDEFINITELY**

WHEREAS, on October 27, 2009, Lead Plaintiff Massachusetts Laborers' Annuity Fund ("Plaintiff") and Defendants Jos. A. Bank Clothiers, Inc., Robert N. Wildrick, David E. Ullman, and R. Neal Black (collectively, "Defendants") (together, the "Parties") held a mediation conference before the Honorable Daniel Weinstein;

WHEREAS, following the October 27, 2009 mediation conference, the Parties reached a settlement in principle (the "Settlement");

WHEREAS, on November 3, 2009, the Parties signed a letter of understanding outlining the terms of the Settlement;

WHEREAS, Lead Plaintiff anticipates filing preliminary settlement approval papers with the Court within 30 days;

WHEREFORE, the parties seek to stay all pending deadlines indefinitely.

**IT IS HEREBY STIPULATED AND AGREED** among the undersigned Parties that all pending deadlines in this action be stayed indefinitely.

| | |
|---|---|
| DATED: November 5, 2009 | **COUGHLIN STOIA GELLER  RUDMAN & ROBBINS LLP**  JACK REISE  STEPHEN R. ASTLEY  MICHAEL L. GREENWALD  ELIZABETH A. SHONSON |

s/ Jack Reise

JACK REISE
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

*Lead Counsel for Plaintiff*

**BROWN, GOLDSTEIN & LEVY, LLP**
**DANIEL F. GOLDSTEIN**
120 East Baltimore Street, Suite 1700
Baltimore, MD  21202
Telephone:  410/962-1030
410/385-0869 (fax)

*Liaison Counsel*

**VENABLE, LLP**
JAMES DUNBAR
DANIEL P. MOYLAN
HEATHER MITCHELL

s/ Daniel P. Moylan

DANIEL P. MOYLAN

210 Allegheny Avenue
Towson, Maryland 21204
Telephone:  410/494-6200
410/821-0147 (fax)

*Counsel for Defendants*

IT IS, *SO ORDERED*,

_____
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties wither via transmission of Notices of Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of electronic Filing.

                                                    s/Jack Reise
                                                    JACK REISE