UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROY T. LEFKOE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. 1:06-cv-01892-WMN **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | |
| JOS. A. BANK CLOTHIERS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING

Lead Plaintiff Massachusetts Laborers Annuity Fund ("Plaintiff"), by and through its undersigned counsel, hereby gives notice of filing a Stipulation of Settlement dated January 28, 2010.

DATED: January 29, 2010     **COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP**
                             JACK REISE
                             STEPHEN R. ASTLEY
                             MICHAEL GREENWALD
                             ELIZABETH A. SHONSON

                                      /s/JACK REISE

                             120 East Palmetto Park Road, Suite 500
                             Boca Raton, FL  33432
                             Telephone:  561/750-3000
                             561/750-3364 (fax)

                             *Lead Counsel for Plaintiff*

1

2

       **BROWN GOLDSTEIN & LEVY, LLP**
       DANIEL F. GOLDSTEIN
       120 East Baltimore Street, Suite 1700
       Baltimore, MD  21202
       Telephone:  410/962-1030
       410/385-0869 (fax)

       *Liaison Counsel*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                                      s/JACK REISE
                                                                                                       JACK REISE