# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| ROY T. LEFKOE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOS. A. BANK CLOTHIERS, INC., et al.,<br><br>Defendants. | No. 1:06-cv-01892-WMN<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>SUMMARY NOTICE<br><br>EXHIBIT A-3 |

TO: ALL PERSONS WHO PURCHASED JOS. A. BANK CLOTHIERS, INC. ("JOS. A. BANK") COMMON STOCK BETWEEN DECEMBER 5, 2005 AND JUNE 7, 2006, INCLUSIVE

YOU ARE HEREBY NOTIFIED that pursuant to an Order of the United States District Court for the District of Maryland, a hearing will be held on _____, 2010, at \_\_:\_\_ \_\_.m., before the Honorable William M. Nickerson, at the United States District Court for the District of Maryland, U.S. Courthouse, 101 West Lombard Street Baltimore, Maryland 21201, for the purpose of determining: (1) whether the proposed settlement of the Litigation for the sum of $4,000,000 in cash should be approved by the Court as fair, reasonable and adequate; (2) whether, thereafter, this Litigation should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement dated as of January 28, 2010; (3) whether the Plan of Allocation of settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (4) the reasonableness of the application of Lead Counsel for the payment of attorneys' fees and expenses incurred in connection with this Litigation, together with interest thereon.

If you purchased Jos. A. Bank common stock between December 5, 2005 and June 7, 2006, inclusive, your rights may be affected by this Litigation and the settlement thereof. If you have not received a detailed Notice of Proposed Settlement of Class Action and a copy of the Proof of Claim and Release, you may obtain copies by writing to *Jos. A. Bank Securities Litigation*, Claims Administrator, c/o RSM McGladrey, Inc., P.O. Box _____, Blue Bell, PA 19422, or by downloading this information at www._____.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release no later than _____, 2010, establishing that you are entitled to a recovery. You will be bound by any judgment rendered in the Litigation unless you request to be excluded, in writing, to the above address, postmarked by _____, 2010.

- 2 -

Any objection to any aspect of the settlement must be filed with the Clerk of the Court no later than _____, 2010, and *received* by the following no later than _____, 2010:

>COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
>JACK REISE
>120 East Palmetto Park Road, Suite 500
>Boca Raton, FL  33432
>
>*Lead Counsel for Plaintiffs*
>
>VENABLE LLP
>JAMES A. DUNBAR
>210 West Pennsylvania Avenue, Suite 500
>Towson, MD  21204
>
>*Counsel for Defendants*

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: _____, 2010         BY ORDER OF THE COURT
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF MARYLAND